No. 76–1650. OHRALIK *v*. OHIO STATE BAR ASSN. Sup. Ct. Ohio; and

No. 77–56. IN RE SMITH. Sup. Ct. S. C. [Probable jurisdiction noted, *ante*, p. 814.] Motion of Public Citizen et al. for leave to participate in oral argument as *amici curiae* denied.

No. 76–1726. MOBIL OIL CORP. *v*. HIGGINBOTHAM, ADMINISTRATRIX, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 816.] Motion of respondents for divided argument denied.

No. 76–1767. NATIONAL SOCIETY OF PROFESSIONAL ENGINEERS *v*. UNITED STATES. C. A. D. C. Cir. [Certiorari granted, *ante*, p. 815.] Motion of petitioner to compel the Solicitor General to file brief for the United States granted.

No. 76–1796. OTTOBONI ET AL. *v*. UNITED STATES, *ante*, p. 930. The Solicitor General is invited to file a response to motion for leave to file petition for rehearing within 30 days.

No. 77–10. EXXON CORP. ET AL. *v*. GOVERNOR OF MARYLAND ET AL.;

No. 77–11. SHELL OIL CO. *v*. GOVERNOR OF MARYLAND ET AL.;

No. 77–12. CONTINENTAL OIL CO. ET AL. *v*. GOVERNOR OF MARYLAND ET AL.;

No. 77–47. GULF OIL CORP. *v*. GOVERNOR OF MARYLAND ET AL.; and

No. 77–64. ASHLAND OIL, INC., ET AL. *v*. GOVERNOR OF MARYLAND ET AL. Ct. App. Md. [Probable jurisdiction noted, *ante*, p. 814.] Motions of National Congress of Petroleum Retailers and Day Enterprises, Inc., et al. for leave to file briefs as *amici curiae* granted. Motion of Day Enterprises, Inc., et al. for leave to participate in oral argument as *amici curiae* denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these motions.